## Commonwealth ex rel. Ulmer, Appellant, v. Rundle.

Submitted September 14, 1964. *Lloyd Ulmer,* appellant, in propria persona; *Theodore A. Parker,* Assistant District Attorney, and *Wilson Bucher,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Watson, Appellant, v. Rundle.

Submitted September 14, 1964. *Herbert Watson,* appellant, in propria persona; *John F. Hassett,* Assistant District Attorney, *Thomas M. Reed,* Chief Assistant District Attorney, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.